DTF
C/F



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ JUN 6 2006 ★

BROOKLYN OFFICE

RF:AA

One Pierrepont Plaza
Brooklyn, New York 11201

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

June 5, 2006

Order

The application
is granted

The Honorable Edward R. Korman
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

s/Edward R. Korman

c ERK
6/5/06

Re:　United States v. Allison Hunte, 06 Cv 0578 (ERK)

Dear Judge Korman:

The government respectfully requests an enlargement of time to file its response to Ms. Hunte's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, currently due June 9, 2006. The parties are negotiating a possible resolution of this matter, which may result in Ms. Hunte's withdrawal of her pending petition. The government therefore requests that its filing due date be extended to July 14, 2006, which will provide the parties adequate time to determine whether this matter can be resolved or, in the alternative, whether Ms. Hunte will proceed with her pending habeas application. The government makes this request with the defendant's consent.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____
Adam Abensohn
Assistant U.S. Attorney
(718) 254-6143

**United States Attorney's Office**
**Eastern District of New York**

One Pierrepont Plaza
Brooklyn, New York 11201

Roslynn R. Mauskopf
United States Attorney



# Facsimile Transmission Cover Page

**TO:**
Name: Hon. Judge Korman
Division/Section: EDNY
Phone Number: (718) 613-2470
FAX Number: (718) 613-2477

## "FOR OFFICIAL USE ONLY" U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitute "FOR OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately at the telephone number below to make arrangements for its return or destruction.

**FROM:** Adam Ahensohn
Office of the United States Attorney, Eastern District of New York

Phone: FTS/COMMERCIAL (718) 254-6143

Fax: FTS/COMMERCIAL (718) 254-6669

Date: June 5      Number of pages: 1      plus cover sheet

Re: US v. Hunte, 06Cv578 (ERK) – request for adjournment

## INSTRUCTIONS

___ IMMEDIATELY NOTIFY SENDER OF ANY DIFFICULTIES IN TRANSMISSION.

___ PLEASE NOTIFY SENDER OF RECEIPT BY TELEPHONE.